UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>　　　　　　Plaintiff,<br>　　v.<br>G JONES, et al.,<br>　　　　　　Defendants. | Case No. C20-5059-RBL-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for <u>April 10, 2020</u> |

Plaintiff, John Garrett Smith, is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. By letter dated January 23, 2020, plaintiff was granted until February 24, 2020, to either pay the $400.00 filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"). Dkt. 2. Plaintiff was advised that failure to respond to the letter by February 24, 2020, may result in the dismissal of the case. *Id.* To date, plaintiff has neither paid the filing fee nor submitted a completed application for IFP status. Petitioner has not responded to the Clerk of Court's letter, has not paid the filing fee, and has not filed an application to proceed IFP. As petitioner has failed to prosecute this case, the Court recommends this case be DISMISSED without prejudice.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for

REPORT AND RECOMMENDATION - 1

purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **April 10, 2020**, as noted in the caption.

Dated this 25th day of March, 2020.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2