HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN GARRETT SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>G JONES, et al.,<br><br>　　　　　Defendants. | CASE NO. C20-5059RBL<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 4], recommending that the Court dismiss the action due to plaintiff Smith's failure to comply with a directive of the Court and prosecute this case. Smith has Objected to the R&R. The Court notes that Smith has seven "strikes" based on prior frivolous filings.

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Smith's complaint is DISMISSED without prejudice and with leave to re-file; and

(3) the Clerk is directed to close the case and send copies of this Order to plaintiff.

IT IS SO ORDERED.

Dated this 15th day of May, 2020.

*[signature]*

Ronald B. Leighton
United States District Judge

ORDER - 1